PER CURIAM.
Affirmed. Houston v. Caldwell, 359 So.2d 858 (Fla.1978); Sempe v. Coordinated Caribbean Transport, Inc., 363 So.2d 194 (Fla. 3d DCA 1978); F.S. § 48.081(5); Crown Colony Club, Ltd. v. Honecker, 307 So.2d 889 (Fla. 3d DCA 1974), cert. denied, 320 So.2d 392 (Fla.1975); Hoffman v. Air India, 393 F.2d 507 (5th Cir. 1968), cert. denied, 393 U.S. 924, 89 S.Ct. 255, 21 L.Ed.2d 260 (1968).